**Donald William JOHNSON, Appellant,**

v.

**Nell E. ELLIS, Executrix of the Estate of James L. Ellis, Deceased, et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Daviess Circuit Court; Henry M. Griffin, Judge.

Thomas J. Sabetta, Sabetta & McDaniel, Owensboro, for appellant.

Jack A. Connor, Green, Connor & Carroll, Owensboro (for appellee Nell E. Ellis).

William E. Rummage Beard, Rummage, Kamuf & Newton, Owensboro (for appellee Jack Jones).

Robert L. Gwin, Gwin & Iler, Owensboro (for appellees Delbert (Jerry)

* Opinion ordered not to be published.

599

Brownfield and Donald (Snooky) Bullock).

Paul E. Bugay, Owensboro (for appellees Ruby Lee Wilson and James Fred Oliver), for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

Geoghegan, Levy & Daly, Cincinnati, Ohio, for appellant.

G. Wayne Bridges, Covington, Rouse & Mathis, Walton, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

* Opinion ordered not to be published.